SIMON VERNON,

Plaintiff,

v.

DB SCHENKER, et al.,

Defendants.

1:25-CV-625-DAB-LPA

## **ORDER**

This matter is before the Court for review of the Memorandum Opinion, Order, and Recommendation filed on March 17, 2026. *3/17/26 Memorandum Opinion, Order, and Recommendation of United States Magistrate Judge* (D.E. 4). The Magistrate Judge recommends granting Plaintiff's Application to Proceed *In Forma Pauperis* (D.E. 1) for the limited purpose of considering the complaint and dismissing the action for lack of subject-matter jurisdiction and for failure to state a claim. The deadline for objections passed on April 3, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, *3/17/26 Memorandum Opinion, Order, and Recommendation*, is ADOPTED, Plaintiff's Application to Proceed *In Forma Pauperis* is GRANTED. However, the action is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction and for failure to state a claim.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of April, 2026.

 /s/ David A. Bragdon
United States District Judge